IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JOHN B. TURNER**                                                                                  **PLAINTIFF**

**V.**                              **CIVIL ACTION NO. 3:19-CV-659-CWR-FKB**

**METROPOLITAN PROPERTY AND**                                       **DEFENDANTS**
**CASUALTY INSURANCE COMPANY**, *et al.*

## ORDER

Before the Court is the parties' *Joint Motion to Dismiss Old Republic Insurance Company Without Prejudice*.

Upon review of the motion and relevant law, the Court finds that the motion is well-taken. Plaintiff John B. Turner's claims against Old Republic Insurance Company are dismissed without prejudice under Fed. R. Civ. P. 41(a)(2). Turner and Old Republic are to bear their own costs. This matter will proceed against the remaining defendants, Metropolitan Property and Casualty Insurance Company and Zurich American Insurance Company.

The Clerk's Office and parties are directed to re-style this case, "John B. Turner v. Metropolitan Property and Casualty Insurance Company and Zurich American Insurance Company."

**SO ORDERED**, this the 4th day of February, 2020.

                                                          s/ Carlton W. Reeves
                                                          UNITED STATES DISTRICT JUDGE